UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-306-BAT |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| TODD ANDREW REYNOLDS, | ) | ALLEGED VIOLATIONS |
| | ) | OF PROBATION |
| Defendant. | ) | |

An initial hearing on probation revocation in this case was scheduled before me on October 9, 2009. The United States was represented by AUSA William Redkey and the defendant by Carol Koller. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 15, 2005 by the Honorable Monica J. Benton on a charge of Willful Failure to Pay Child Support and sentenced to five years probation. (Dkt. 15.)

The conditions of probation included the standard conditions plus the requirements that defendant participate in drug testing, participate in a mental health program, complete 250 hours of community service, provide access to financial information, be prohibited from incurring new

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF PROBATION
PAGE -1

credit obligations or opening new lines of credit without permission, be required to maintain a single checking account for all financial transactions, disclose all assets and liabilities to the probation office, pay restitution in the amount of $69, 087.69, and not misrepresent himself in any way.

In an application dated June 15, 2009, (Dkt. 16), U.S. Probation Officer Thomas J. Fitzgerald alleged the following violations of the conditions of probation:

1. Failing to pay restitution as directed during his term of supervision since December 2008, in violation of special condition number eight of his probation.

2. Failing to support his dependents and/or meet other family responsibilities since January 21, 2009, in violation of standard condition number four of his probation.

3. Failing to work regularly at a lawful occupation since December 11, 2008, in violation of standard condition number five of his probation.

4. Failing to notify the probation officer 10 days prior to change in employment on or before December 11, 2008, in violation of standard condition number six of his probation.

5. Failing to notify the probation officer at least 10 days prior to change in residence on or about June 9, 2009, in violation of standard condition number six of his probation.

6. Failing to report to the probation officer as directed on June 10, 2009, in violation of standard condition number two of his probation.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his probation as alleged, and

that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Tsuchida .

Pending a final determination by the Court, defendant has been detained.

DATED this 9th day of October, 2009.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Brian A Tsuchida
AUSA: William Redkey
Defendant's attorney: Carol Koller
Probation officer: Thomas J. Fitzgerald

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF PROBATION
PAGE -3